TM:EAG
F.#2010R01655

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JIAN HAO LIU,
HUNG DANH,
DIAMOND WEAH and
AHMED JAARA,
   also known as "Ahmed Knight,"

               Defendants.

- - - - - - - - - - - - - - - - -X

SUPERSEDING
INDICTMENT

Cr. No. 10-720 (S-1)(DGT)
(T. 18, U.S.C., §§ 1951(a),
 2 and 3551 et seq.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 16 2010 ★

BROOKLYN OFFICE

THE GRAND JURY CHARGES:

### COUNT ONE
(Extortion Conspiracy)

On or about and between August 16, 2010 and August 27, 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JIAN HAO LIU, HUNG DANH, DIAMOND WEAH and AHMED JAARA, also known as "Ahmed Knight," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendants and their coconspirators agreed to obtain property, to wit: the property of a commercial business, from John Doe #1, an individual whose identity is known to the Grand Jury, with his consent, which consent was to be

2

induced through wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT TWO
(Attempted Extortion)

On or about and between August 16, 2010 and August 27, 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JIAN HAO LIU, HUNG DANH, DIAMOND WEAH and AHMED JAARA, also known as "Ahmed Knight," together with others, did knowingly and intentionally attempt to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendants and their coconspirators attempted to obtain property, to wit: the property of a commercial business, from John Doe #1, with his consent,

3

which consent was to be induced through wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951(a), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#2010R01655
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

JIAN HAO LIU, HUNG DANH, DIAMOND WEAH and AHMED JAARA, also known as "Ahmed Knight,"

Defendants.

## INDICTMENT

(T. 18, U.S.C., §§ 1951(a), 2 and 3551 et seq.)

A true bill.

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 20 ___

Bail, $ _____

_____
Clerk

Elizabeth Geddes, *Assistant U.S. Attorney (718-254-6430)*